IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TIMOTHY B., and FLORA P.,           )
by and through their                )
Guardian ad Litem Robert Ward,      )
ISABELLA A., and STEPH C.,          )
by and through their                )
Guardian ad Litem Jeffrey C.        )
Holden, for themselves and for      )
those similarly situated,           )
DISABILITY RIGHTS NORTH             )
CAROLINA, NORTH CAROLINA STATE      )
CONFERENCE OF NAACP, and            )
LONDON R., by and through her       )          1:22-cv-1046
Guardian ad Litem Meghann           )
Gunderman Sehorn, for               )
themselves and for those            )
similarly situated,                 )
                                    )
                Plaintiffs,         )
                                    )
        v.                          )
                                    )
KODY H. KINSLEY, in his             )
official capacity as                )
Secretary of the North              )
Carolina Department of Health       )
and Human Services DHHS,            )
                                    )
                Defendant.          )

**ORDER**

This matter comes before the court on a Joint Motion to

Extend Local Rule 5.5 Report and Proposed Order Filing Date.

(Doc. 47.) Given the complexity of this action and the documents

that will be at issue, Defendant and Plaintiff jointly move the

court to extend the time from March 30, 2023 until April 7, 2023

in which the parties may file their Local Rule 5.5 Report and Proposed Order. Having considered the motion, and for good cause shown,

    **IT IS THEREFORE ORDERED** that the parties' joint motion, (Doc. 47), is **GRANTED** and the parties shall have until April 7, 2023, within which to file their LR 5.5 Report and Proposed Order.

    This the 14th day of April, 2023.


_____
United States District Judge